**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: William P. Brennan                  CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 22-11885 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of Nationstar Mortgage LLC and index same on the master mailing list.

                                              Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
27 Jul 2022, 09:32:54, EDT

                              KML Law Group, P.C.
                              701 Market Street, Suite 5000
                              Philadelphia, PA 19106-1532
                              (215) 627-1322