MACMILLAN OIL COMPANY OF ALLENTOWN
1715 E TREMONT ST
ALLENTOWN, PA 18109

|  | Vacation Available | 0.00 | Sick Available | 0.00 |
|---|---|---|---|---|

WILLIAM D. BRENNAN
308 TOHICKON AVE
QUAKERTOWN, PA 18951

7/6/2022

| Employee Number | Social Security Number | Pay Rate | Period End | Stub Number |
|---|---|---|---|---|
| 02-0000217 | ***-**-0724 | 1,400.00    SB | 7/3/2022 | D03154 |

|  | Hours | Amount | YTD |
|---|---|---|---|
| *** EARNINGS *** |  |  |  |
| Regular | 80.00 | 1,400.00 | 15,820.00 |
| Holiday | 0.00 | 0.00 | 140.00 |
| Bonus | 0.00 | 0.00 | 8,786.58 |
| Sick | 0.00 | 0.00 | 140.00 |
| *** TAX DEDUCTIONS *** |  |  |  |
| Federal W/H |  | 100.33 | 2,869.71 |
| Social Security Tax |  | 86.80 | 1,542.97 |
| Medicare Tax |  | 20.30 | 360.86 |
| PA State W/H |  | 42.98 | 764.01 |
| PA Unemployment Tax |  | 0.84 | 14.93 |
| PABUCCOQUABO W/H |  | 21.00 | 373.30 |
| *** DEDUCTIONS *** |  |  |  |
| LST |  | 2.00 | 24.00 |
| *** DIRECT DEPOSITS *** |  |  |  |
| QNB |  | 1,125.75 | 18,936.80 |

| Check Amount: | 0.00 |  | Total Direct Deposit: | 1,125.75 | 18,936.80 |
|---|---|---|---|---|---|
| Gross Earnings: | 1,400.00 | 24,886.58 | Total Deductions: | 274.25 | 5,949.78 |
| Net Earnings: | 1,125.75 |  |  |  |  |

Check History Report
Sorted by Employee Number
Check Details with Earnings, Deductions, Taxes for Check Dates between 1/1/2022 and 12/31/2022

MACMILLAN OIL COMPANY OF ALLENTOWN (MAC)

Department Number:   02 SALES

| Employee/ Check | Period | Regular | Total | Gross | Federal | Social | Medicare | State | Disability | Other | Other | Check |
| Check Date | End Date | Hours | Hours | Earnings | Withholding | Security Tax | Tax | Withholding | Tax | Deductions | Taxes | Amount |

02-0000217 BRENNAN, WILLIAM D.

| D03095 | 5/25/2022 | 5/22/2022 | 72.00 | 80.00 | 1,400.00 | 100.33 | 86.80 | 20.30 | 42.98 | 0.00 | 2.00 | 21.84 | 1,125.75 |

Federal Taxes
| Federal | Withholding | Social Security | Medicare |
| | 100.33 | 86.80 | 20.30 |

State / Local Taxes
Pennsylvania
| Withholding | Disability Tax | UI Tax | School Tax |
| 42.98 | 0.00 | 0.84 | 0.00 |
Quakertown BO, Quakertown SD, PA
| 21.00 | 0.00 | 0.00 | 0.00 |

Earnings Code
| 000001 | Description Regular | Hours 72.00 | Rate 17.50 | Amount 1,260.00 |
| 000008 | Sick | 8.00 | 17.50 | 140.00 |

Deduction Code
| OP | Description | | | Amount 2.00 |
| | LST | | | |

| D03115 | 6/8/2022 | 6/5/2022 | 80.00 | 80.00 | 3,970.18 | 596.21 | 246.15 | 57.57 | 121.88 | 0.00 | 2.00 | 61.93 | 2,884.44 |

Federal Taxes
| Federal | Withholding | Social Security | Medicare |
| | 596.21 | 246.15 | 57.57 |

State / Local Taxes
Pennsylvania
| Withholding | Disability Tax | UI Tax | School Tax |
| 121.88 | 0.00 | 2.38 | 0.00 |
Quakertown BO, Quakertown SD, PA
| 59.55 | 0.00 | 0.00 | 0.00 |

Earnings Code
| 000001 | Description Regular | Hours 72.00 | Rate 17.50 | Amount 1,260.00 |
| 000004 | Holiday | 8.00 | 17.50 | 140.00 |
| 000007 | Bonus | 0.00 | 0.00 | 2,570.18 |

Deduction Code
| OP | Description | | | Amount 2.00 |
| | LST | | | |

Employee 02-0000217 Total:    752.00   760.00   22,086.58   2,669.05   1,369.37   320.26   678.05   0.00   20.00   344.55   16,685.30

Earnings Code
| 000001 | Description Regular | Hours 744.00 | Rate 17.50 | Amount 13,020.00 |
| 000004 | Holiday | 8.00 | 17.50 | 140.00 |
| 000007 | Bonus | 0.00 | 0.00 | 8,786.58 |
| 000008 | Sick | 8.00 | 17.50 | 140.00 |

Deduction Code
| OP | Description | | | Amount 20.00 |
| | LST | | | |

Federal Taxes
| Federal | Withholding | Social Security | Medicare |
| | 2,669.05 | 1,369.37 | 320.26 |

State / Local Taxes
| Withholding | Disability Tax | UI Tax | School Tax |

Check History Report
Sorted by Employee Number
Check Details with Earnings, Deductions, Taxes for Check Dates between 1/1/2022 and 12/31/2022

MACMILLAN OIL COMPANY OF ALLENTOWN (MAC)

Department Number: 02 SALES

| Employee/ Check | Check Date | Period End Date | Regular Hours | Total Hours | Gross Earnings | Federal Withholding | Social Security Tax | Medicare Tax | State Withholding | Disability Tax | UI Tax | Other Deductions | School Tax | Other Taxes | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02-0000217 BRENNAN, WILLIAM D. | | | | | | | | | | | | | | | |
| D03018 | 3/30/2022 | 3/27/2022 | 80.00 | 80.00 | 1,400.00 | 100.33 | 86.80 | 20.30 | 42.98 | 0.00 | 0.00 | 2.00 | 0.00 | 0.00 | 1,125.75 |

Earnings Code 000001  Description Regular
Deduction Code 000007  Description Bonus
Deduction Code OP  Description LST

Federal Taxes  Federal  Withholding 100.33  Social Security 86.80  Medicare 20.30
State / Local Taxes  Pennsylvania  Withholding 42.98  Disability Tax 0.00  UI Tax 0.00
Quakertown BO, Quakertown SD, PA  Withholding 21.00  Disability Tax 0.00  UI Tax 0.00  School Tax 0.00
Amount 2.00

| D03037 | 4/13/2022 | 4/10/2022 | 80.00 | 80.00 | 4,728.63 | 778.24 | 293.18 | 68.57 | 145.17 | 0.00 | 0.00 | 2.00 | 73.77 | 0.00 | 3,367.70 |

Earnings Code 000001  Description Regular   Hours 80.00  Rate 17.50  Amount 1,400.00
000007  Bonus  0.00  0.00  3,328.63
Deduction Code OP  Description LST  Amount 2.00

Federal Taxes  Federal  Withholding 778.24  Social Security 293.18  Medicare 68.57
State / Local Taxes  Pennsylvania  Withholding 145.17  Disability Tax 0.00  UI Tax 2.84
Quakertown BO, Quakertown SD, PA  Withholding 70.93  Disability Tax 0.00  UI Tax 0.00  School Tax 21.84

| D03056 | 4/27/2022 | 4/24/2022 | 80.00 | 80.00 | 1,400.00 | 100.33 | 86.80 | 20.30 | 42.98 | 0.00 | 0.00 | 2.00 | 21.84 | 0.00 | 1,125.75 |

Earnings Code 000001  Description Regular   Hours 80.00  Rate 17.50  Amount 1,400.00
Deduction Code OP  Description LST  Amount 2.00

Federal Taxes  Federal  Withholding 100.33  Social Security 86.80  Medicare 20.30
State / Local Taxes  Pennsylvania  Withholding 42.98  Disability Tax 0.00  UI Tax 0.84
Quakertown BO, Quakertown SD, PA  Withholding 21.00  Disability Tax 0.00  UI Tax 0.00  School Tax 0.00
Amount 2.00

| D03076 | 5/11/2022 | 5/8/2022 | 80.00 | 80.00 | 4,287.77 | 672.43 | 265.84 | 62.17 | 131.63 | 0.00 | 0.00 | 2.00 | 66.89 | 0.00 | 3,086.81 |

Earnings Code 000001  Description Regular
000007  Bonus
Deduction Code OP  Description LST   Amount 2.00  Rate 17.50  Amount 1,400.00  2,887.77

Check History Report
Sorted by Employee Number
Check Details with Earnings, Deductions, Taxes for Check Dates between 1/1/2022 and 12/31/2022

MACMILLAN OIL COMPANY OF ALLENTOWN (MAC)

Department Number:   02 SALES

| Employee/Check | Check Date | Period End Date | Regular Hours | Total Hours | Gross Earnings | Federal Withholding | Social Security Tax | Medicare Tax | State Withholding | Disability Tax | Other Deductions | Other Taxes | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

02-0000217 BRENNAN, WILLIAM D.

| D02940 | 2/2/2022 | 1/30/2022 | 40.00 | 40.00 | 700.00 | 20.19 | 43.40 | 10.15 | 21.49 | 0.00 | 2.00 | 10.92 | 591.85 |

Earnings Code 000001  Description Regular  Hours 40.00  Rate  Amount 700.00
Deduction Code  Description OP  LST  Amount 2.00
Federal Taxes  Federal  Withholding 20.19  Social Security 43.40  Medicare 10.15
State / Local Taxes  Pennsylvania  Withholding 21.49  Disability Tax 0.00  UI Tax 0.00  School Tax 0.00
Quakertown BO, Quakertown SD, PA  10.50  0.00  0.42  0.00

| D02958 | 2/16/2022 | 2/13/2022 | 80.00 | 80.00 | 1,400.00 | 100.33 | 86.80 | 20.30 | 42.98 | 0.00 | 2.00 | 21.84 | 1,125.75 |

Earnings Code 000001  Description Regular  Hours 80.00  Rate 17.50  Amount 1,400.00
Deduction Code  Description OP  LST  Amount 2.00
Federal Taxes  Federal  Withholding 100.33  Social Security 86.80  Medicare 20.30
State / Local Taxes  Pennsylvania  Withholding 42.98  Disability Tax 0.00  UI Tax 0.00  School Tax 0.00
Quakertown BO, Quakertown SD, PA  21.00  0.00  0.84  0.00

| D02978 | 3/2/2022 | 2/27/2022 | 80.00 | 80.00 | 1,400.00 | 100.33 | 86.80 | 20.30 | 42.98 | 0.00 | 2.00 | 21.84 | 1,125.75 |

Earnings Code 000001  Description Regular  Hours 80.00  Rate 17.50  Amount 1,400.00
Deduction Code  Description OP  LST  Amount 2.00
Federal Taxes  Federal  Withholding 100.33  Social Security 86.80  Medicare 20.30
State / Local Taxes  Pennsylvania  Withholding 42.98  Disability Tax 0.00  UI Tax 0.00  School Tax 0.00
Quakertown BO, Quakertown SD, PA  21.00  0.00  0.84  0.00

| D02996 | 3/16/2022 | 3/13/2022 | 80.00 | 80.00 | 1,400.00 | 100.33 | 86.80 | 20.30 | 42.98 | 0.00 | 2.00 | 21.84 | 1,125.75 |

Earnings Code 000001  Description Regular  Hours 80.00  Rate 17.50  Amount 1,400.00
Deduction Code  Description OP  LST  Amount 2.00
Federal Taxes  Federal  Withholding 100.33  Social Security 86.80  Medicare 20.30
State / Local Taxes  Pennsylvania  Withholding 42.98  Disability Tax 0.00  UI Tax 0.00  School Tax 0.00

**Check History Report**
**Sorted by Employee Number**
**Check Details with Earnings, Deductions, Taxes for Check Dates between 1/1/2022 and 12/31/2022**

MACMILLAN OIL COMPANY OF ALLENTOWN (MAC)

**Department Number:** 02 SALES

| Employee/ Check | Period End Date | Regular Hours | Total Hours | Gross Earnings | Federal Withholding | Social Security Tax | Medicare Tax | Other Deductions | Other Taxes | Check Amount |
|---|---|---|---|---|---|---|---|---|---|---|

02-0000217 BRENNAN, WILLIAM D.

**State / Local Taxes** | **Withholding** | **Disability Tax** | **UI Tax** | **School Tax**
Pennsylvania | 678.05 | 0.00 | 13.25 | 0.00
Quakertown BO, Quakertown SD, PA | 331.30 | 0.00 | 0.00 | 0.00

**Department 02 Total:**   752.00   760.00   22,086.58   2,669.05   1,369.37   320.26   678.05   20.00   344.55   16,685.30

| Earnings Code | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 000001 | Regular | 744.00 | 17.50 | 13,020.00 |
| 000004 | Holiday | 8.00 | 17.50 | 140.00 |
| 000007 | Bonus | 0.00 | 0.00 | 8,786.58 |
| 000008 | Sick | 8.00 | 17.50 | 140.00 |

| Deduction Code | Description | Amount |
|---|---|---|
| OP | | 20.00 |

**Federal Taxes** | **Withholding** | **Social Security** | **Medicare**
Federal | 2,669.05 | 1,369.37 | 320.26

**State / Local Taxes** | **Withholding** | **Disability Tax** | **UI Tax** | **School Tax**
Pennsylvania | 678.05 | 0.00 | 13.25 | 0.00
Quakertown BO, Quakertown SD, PA | 331.30 | 0.00 | 0.00 | 0.00