MACMILLAN OIL COMPANY OF ALLENTOWN
1715 E TREMONT ST
ALLENTOWN, PA 18109

|  | Vacation Available | 0.00 | Sick Available | 0.00 |
|---|---|---|---|---|

WILLIAM P. BRENNAN

308 TOHICKON AVE
QUAKERTOWN, PA 18951

7/20/2022

| Employee Number | Social Security Number | Pay Rate | Period End | Stub Number |
|---|---|---|---|---|
| 02-0000217 | ***-**-0724 | 1,400.00   SB | 7/17/2022 | D03175 |

|  | Hours | Amount | YTD |
|---|---|---|---|
| *** EARNINGS *** | | | |
| Regular | 72.00 | 1,260.00 | 17,080.00 |
| Holiday | 8.00 | 140.00 | 280.00 |
| Bonus | 0.00 | 4,498.01 | 13,284.59 |
| Sick | 0.00 | 0.00 | 140.00 |
| *** TAX DEDUCTIONS *** | | | |
| Federal W/H | | 1,058.89 | 3,928.60 |
| Social Security Tax | | 365.68 | 1,908.65 |
| Medicare Tax | | 85.52 | 446.38 |
| PA State W/H | | 181.07 | 945.08 |
| PA Unemployment Tax | | 3.54 | 18.47 |
| PABUCCOQUABO W/H | | 88.47 | 461.77 |
| *** DEDUCTIONS *** | | | |
| LST | | 2.00 | 26.00 |
| *** DIRECT DEPOSITS *** | | | |
| QNB | | 4,112.84 | 23,049.64 |

| | | | | | |
|---|---|---|---|---|---|
| Check Amount: | 0.00 | | Total Direct Deposit: | 4,112.84 | 23,049.64 |
| Gross Earnings: | 5,898.01 | 30,784.59 | Total Deductions: | 1,785.17 | 7,734.95 |
| Net Earnings: | 4,112.84 | | | | |

MACMILLAN OIL COMPANY OF ALLENTOWN
1715 E TREMONT ST
ALLENTOWN, PA 18109

| | Vacation Available | 0.00 | Sick Available | 0.00 |
|---|---|---|---|---|

WILLIAM D. BRENNAN

308 TOHICKON AVE
QUAKERTOWN, PA 18951

7/6/2022

| Employee Number | Social Security Number | Pay Rate | | Period End | Stub Number |
|---|---|---|---|---|---|
| 02-0000217 | ***-**-0724 | 1,400.00 | SB | 7/3/2022 | D03154 |

| | Hours | Amount | YTD |
|---|---|---|---|
| *** EARNINGS *** | | | |
| Regular | 80.00 | 1,400.00 | 15,820.00 |
| Holiday | 0.00 | 0.00 | 140.00 |
| Bonus | 0.00 | 0.00 | 8,786.58 |
| Sick | 0.00 | 0.00 | 140.00 |
| *** TAX DEDUCTIONS *** | | | |
| Federal W/H | | 100.33 | 2,869.71 |
| Social Security Tax | | 86.80 | 1,542.97 |
| Medicare Tax | | 20.30 | 360.86 |
| PA State W/H | | 42.98 | 764.01 |
| PA Unemployment Tax | | 0.84 | 14.93 |
| PABUCCOQUABO W/H | | 21.00 | 373.30 |
| *** DEDUCTIONS *** | | | |
| LST | | 2.00 | 24.00 |
| *** DIRECT DEPOSITS *** | | | |
| QNB | | 1,125.75 | 18,936.80 |

| | | | | | |
|---|---|---|---|---|---|
| Check Amount: | 0.00 | | Total Direct Deposit: | 1,125.75 | 18,936.80 |
| Gross Earnings: | 1,400.00 | 24,886.58 | Total Deductions: | 274.25 | 5,949.78 |
| Net Earnings: | 1,125.75 | | | | |

MACMILLAN OIL COMPANY OF ALLENTOWN
1715 E TREMONT ST
ALLENTOWN, PA 18109

Vacation Available          0.00    Sick Available          0.00

WILLIAM D. BRENNAN

308 TOHICKON AVE                                    6/22/2022
QUAKERTOWN, PA 18951

| Employee Number | Social Security Number | Pay Rate | | Period End | Stub Number |
|---|---|---|---|---|---|
| 02-0000217 | ***-**-0724 | 1,400.00 | SB | 6/19/2022 | D03135 |

| | Hours | Amount | YTD |
|---|---|---|---|
| *** EARNINGS *** | | | |
| Regular | 80.00 | 1,400.00 | 14,420.00 |
| Holiday | 0.00 | 0.00 | 140.00 |
| Bonus | 0.00 | 0.00 | 8,786.58 |
| Sick | 0.00 | 0.00 | 140.00 |
| *** TAX DEDUCTIONS *** | | | |
| Federal W/H | | 100.33 | 2,769.38 |
| Social Security Tax | | 86.80 | 1,456.17 |
| Medicare Tax | | 20.30 | 340.56 |
| PA State W/H | | 42.98 | 721.03 |
| PA Unemployment Tax | | 0.84 | 14.09 |
| PABUCCOQUABO W/H | | 21.00 | 352.30 |
| *** DEDUCTIONS *** | | | |
| LST | | 2.00 | 22.00 |
| *** DIRECT DEPOSITS *** | | | |
| QNB | | 1,125.75 | 17,811.05 |

| | | | | | |
|---|---|---|---|---|---|
| Check Amount: | 0.00 | | Total Direct Deposit: | 1,125.75 | 17,811.05 |
| Gross Earnings: | 1,400.00 | 23,486.58 | Total Deductions: | 274.25 | 5,675.53 |
| Net Earnings: | 1,125.75 | | | | |

MACMILLAN OIL COMPANY OF ALLENTOWN
1715 E TREMONT ST
ALLENTOWN, PA 18109

| | | | |
|---|---|---|---|
| Vacation Available | 0.00 | Sick Available | 0.00 |

WILLIAM D. BRENNAN

6/8/2022

308 TOHICKON AVE
QUAKERTOWN, PA 18951

| Employee Number | Social Security Number | Pay Rate | | Period End | Stub Number |
|---|---|---|---|---|---|
| 02-0000217 | ***-**-0724 | 1,400.00 | SB | 6/5/2022 | D03115 |

| | Hours | Amount | YTD |
|---|---|---|---|
| *** EARNINGS *** | | | |
| Regular | 72.00 | 1,260.00 | 13,020.00 |
| Holiday | 8.00 | 140.00 | 140.00 |
| Bonus | 0.00 | 2,570.18 | 8,786.58 |
| Sick | 0.00 | 0.00 | 140.00 |
| *** TAX DEDUCTIONS *** | | | |
| Federal W/H | | 596.21 | 2,669.05 |
| Social Security Tax | | 246.15 | 1,369.37 |
| Medicare Tax | | 57.57 | 320.26 |
| PA State W/H | | 121.88 | 678.05 |
| PA Unemployment Tax | | 2.38 | 13.25 |
| PABUCCOQUABO W/H | | 59.55 | 331.30 |
| *** DEDUCTIONS *** | | | |
| LST | | 2.00 | 20.00 |
| *** DIRECT DEPOSITS *** | | | |
| QNB | | 2,884.44 | 16,685.30 |

| | | | | | |
|---|---|---|---|---|---|
| Check Amount: | 0.00 | | Total Direct Deposit: | 2,884.44 | 16,685.30 |
| Gross Earnings: | 3,970.18 | 22,086.58 | Total Deductions: | 1,085.74 | 5,401.28 |
| Net Earnings: | 2,884.44 | | | | |