**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re | : | Chapter 13 |
| | : | |
| William P. Brennan | : | |
| | : | |
| Debtor(s) | : | Bankruptcy No. 22-11885ELF |

**NOTICE**

To the debtor, debtor's counsel, trustee, and creditor JPMorgan Chase Bank NA;

NOTICE is hereby given that:

Pursuant to Federal Rules of Bankruptcy Procedure 3004 and 3005, you are hereby notified that a proof of claim in the amount of $ 20454.46 has been filed in your name by Paul Young, Esq. on 1/4/23.

Dated: <u>January 5, 2023</u>

                                                FOR THE COURT

                                                TIMOTHY B. MCGRATH
                                                CLERK

                                                By: <u>Randi Janoff</u>
                                                Deputy Clerk

cc:
Debtor
Counsel to Debtor
Trustee
Creditor

ntc of clm by 2nd party.rev
(07/13)