**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **William** First Name | **P** Middle Name | **Brennan** Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **EASTERN DISTRICT OF PENNSYLVANIA**

Case number (if known): **22-11885**

☒ Check if this is an amended filing

## Official Form 106D
### Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☒ Yes. Fill in all of the information below.

### Part 1: List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** | **Cavalry Portfolio Services**<br>Creditor's Name<br><br>**Attn: Bankruptcy**<br>**500 Summit Lake Drive, Suite 400**<br>**Vahalla, NY 10595**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br><br>**308 Tohickon Avenue Quakertown, PA 18951  Bucks County FMV $160,532 less administrative fees if property was liquidated.** | $5,183.86 | $128,425.00 | $0.00 |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☒ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred: **Opened 06/21  Last Active 10/20**

Last 4 digits of account number: **51**

Debtor 1  **William P Brennan**                                   Case number (if known) **22-11885**
          First Name   Middle Name   Last Name

| 2.2 | **JP Morgage Chase** | Describe the property that secures the claim: | $20,454.46 | $128,425.00 | $0.00 |

Creditor's Name

Property description: **308 Tohickon Avenue Quakertown, PA 18951 Bucks County FMV $160,532 less administrative fees if property was liquidated.**

**701 Market Street**
**Philadelphia, PA 19106**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
■ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number  **81**

---

| 2.3 | **Nationstar Mortgage** | Describe the property that secures the claim: | $89,439.84 | $128,425.00 | $0.00 |

Creditor's Name

Property description: **308 Tohickon Avenue Quakertown, PA 18951 Bucks County FMV $160,532 less administrative fees if property was liquidated.**

**P.O. Box 650783**
**Dallas, TX 75265-0783**
Number, Street, City, State & Zip Code

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred  **Opened 10/05 Last Active 07/21**    Last 4 digits of account number  **71**

---

Add the dollar value of your entries in Column A on this page. Write that number here:  **$115,078.16**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:  **$115,078.16**

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]  Name, Number, Street, City, State & Zip Code
**Cavalry Portfolio Services**
**1 American Lane**
**Greenwich, CT 06831**

On which line in Part 1 did you enter the creditor?  **2.1**

Last 4 digits of account number ___

---

Official Form 106D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 3

| Debtor 1 | **William P Brennan** | | | Case number (if known) | **22-11885** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

[ ]  Name, Number, Street, City, State & Zip Code  
**Mrc/united Wholesale M**  
**350 Highland**  
**Houston, TX 77067**

On which line in Part 1 did you enter the creditor?  **2.3**

Last 4 digits of account number ___