United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                    Case No. 22-11885-elf
William P Brennan                                                                         Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3
Date Rcvd: Feb 15, 2023      Form ID: 155      Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | William P Brennan, 308 Tohickon Avenue, Quakertown, PA 18951-1341 |
| 14746352 | + | JP Morgan Chase Bank NA, c/o Scott & Assocs PC, 6 Kacey Court, Ste 203, Mechanicsburg, PA 17055-9237 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14706775 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 16 2023 00:06:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 14706774 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 16 2023 00:06:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14711156 | | Email/Text: creditcardbkcorrespondence@bofa.com | Feb 16 2023 00:06:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14706776 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 16 2023 00:13:51 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14706777 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Feb 16 2023 00:13:37 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 14710596 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 16 2023 00:13:38 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14706779 | + | Email/Text: bankruptcy@cavps.com | Feb 16 2023 00:06:00 | Cavalry Portfolio Services, 1 American Lane, Greenwich, CT 06831-2560 |
| 14706778 | + | Email/Text: bankruptcy@cavps.com | Feb 16 2023 00:06:00 | Cavalry Portfolio Services, Attn: Bankruptcy, 500 Summit Lake Drive, Suite 400, Vahalla, NY 10595-2321 |
| 14716300 | + | Email/Text: bankruptcy@cavps.com | Feb 16 2023 00:06:00 | Cavalry SPV I, LLC, PO Box 4252, Greenwich, CT 06831-0405 |
| 14709227 | | Email/Text: mrdiscen@discover.com | Feb 16 2023 00:06:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14706783 | + | Email/Text: mrdiscen@discover.com | Feb 16 2023 00:06:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 14706782 | + | Email/Text: mrdiscen@discover.com | Feb 16 2023 00:06:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14706780 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 16 2023 00:13:43 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14706781 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 16 2023 00:13:51 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 14708943 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 16 2023 00:06:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |

Case 22-11885-elf    Doc 32    Filed 02/17/23    Entered 02/18/23 00:30:28    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 15, 2023 | Form ID: 155 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| 14706785 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 16 2023 00:06:00 | Midland Fund, 320 East Big Beaver, Troy, MI 48083-1238 |
| 14706784 | + | Email/Text: bankruptcydpt@mcmcg.com | Feb 16 2023 00:06:00 | Midland Fund, Attn: Bankruptcy, 350 Camino De La Reine, Suite 100, San Diego, CA 92108-3007 |
| 14706787 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 16 2023 00:06:00 | Mrc/united Wholesale M, 350 Highland, Houston, TX 77009-6623 |
| 14706786 | + | Email/Text: nsm_bk_notices@mrcooper.com | Feb 16 2023 00:06:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14722287 | | Email/Text: nsm_bk_notices@mrcooper.com | Feb 16 2023 00:06:00 | Nationstar Mortgage LLC, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14708944 | ^ | MEBN | Feb 16 2023 00:05:13 | Nationstar Mortgage LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14721731 | + | Email/PDF: ebn_ais@aisinfo.com | Feb 16 2023 00:13:37 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 17, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor NATIONSTAR MORTGAGE LLC bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| PAUL H. YOUNG | on behalf of Trustee KENNETH E. WEST support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com |
| PAUL H. YOUNG | on behalf of Debtor William P Brennan support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Feb 15, 2023 Form ID: 155 Total Noticed: 24
TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: William P Brennan
      Debtor(s)                                 Chapter: 13
                                          Bankruptcy No: 22−11885−elf

_____

*ORDER CONFIRMING PLAN UNDER CHAPTER 13*

     AND NOW, this February 14, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

     A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

     B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

     C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                        Eric L. Frank
                                                        Judge ,
                                                        United States Bankruptcy Court

                                                                                       30
                                                                                  Form 155